UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| ANTHONY P. D'AIUTO,    x<br>         :<br>    Plaintiff,  :<br>         :<br>  v.     :<br>         :<br>CITY OF JERSEY CITY, CHIEF ROBERT :<br>TROY, individually and in his :<br>official capacity, CAPTAIN ROBERT :<br>TANIO, individually and in his :<br>official capacity, NATIONAL :<br>RAILROAD PASSENGER CORPORATION :<br>d/b/a AMTRAK, JOHN AND JANE DOES :<br>I-X, being fictitious persons and :<br>JOHN AND JANE DOES XI-XX being :<br>fictitious persons, individually :<br>and in their official capacities, :<br>         :<br>    Defendants.    x | Civil Action No.:<br>2:06-cv-6222 (JAG)<br><br><u>ORDER</u> |

---

**WHEREAS** a telephonic status conference was scheduled to take place on January 18, 2008 at which plaintiff's counsel failed to appear; and

**WHEREAS** a telephonic status conference was scheduled to take place on February 6, 2008 at which plaintiff's counsel failed to appear; and

**WHEREAS** a telephonic status conference was scheduled to take place on March 7, 2008 at which plaintiff's counsel failed to appear; and

**WHEREAS** an in-person status conference was scheduled to take place on March 25, 2008 at which plaintiff's counsel failed to

appear; and

**WHEREAS** the Court filed an order to show cause why monetary/reprimand sanctions should not be imposed pursuant to Fed. R. Civ. P. 16(f) for failure to attend the court ordered status conferences; and

**WHEREAS** plaintiff filed a letter in response to the order to show cause dated April 9, 2008; and

**WHEREAS** a hearing was held before the Court on the order to show cause on April 10, 2008;

**IT IS** on this 14 day of April, 2008, upon consideration of defendants' certifications of attorneys' fees and the order to show cause hearing held on April 10, 2008, it is hereby **ORDERED** that plaintiff is sanctioned pursuant to Fed. R. Civ. P. 16(f) for failure to appear at the March 25, 2008 status conference; and it is further

**ORDERED** that plaintiff reimburse defendant National Railroad Passenger Corporation ("Amtrak") its fees and costs related to attendance at the March 25, 2008 status conference in the amount of $450, made payable to Landman Corsi Ballaine & Ford, P.C.; and it is further

**ORDERED** that plaintiff reimburse defendants City of Jersey City and Captain Robert Tanio its fees and costs related to attendance at the March 25, 2008 status conference in the amount of $100, made payable to City of Jersey City; and it is further

**ORDERED** that plaintiff pay the above amounts to defendants' counsel within 30 days of receipt of this Order.

*[signature]*

MADELINE COX ARLEO
United States Magistrate Judge